UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANNE ARMSTRONG, et al., ) | |
| ) | Case No. 6:15-cv-00294-WSS |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | |
| ) | |
| CURVES INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

The above-referenced matter came on before the Court upon Defendant's Motion for Summary Judgment on Plaintiffs' Remaining Claims.

Based upon the motion and the entire record and file herein, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment on Plaintiffs' Remaining Claims is **GRANTED.**

SO ORDERED.  LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated _____, 201\_.

_____
The Honorable Walter S. Smith, Jr.
U.S. District Court Judge

GP:4485894 v1

1